**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PNC BANK, N.A.,

       Plaintiff,

v.                                          Case No. 3:25-cv-1125-MMH-SJH

JAMES VACCARINO,

       Defendant.

_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 17; Report), entered by the Honorable Samuel J. Horovitz, United States Magistrate Judge, on May 12, 2026.  In the Report, the Magistrate Judge recommends that Plaintiff's Motion for Entry of Final Default Judgment and Incorporated Memorandum of Law (Dkt. No. 12) be granted in part and denied in part; and the Clerk of Court be directed to enter judgment in favor of Plaintiff.  See Report at 11.  No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  Pursuant to Rule 72, Federal Rules of Civil Procedure (Rule(s)), the Court

"must determine de novo any part of the magistrate judge's disposition that has been properly objected to." See Rule 72(b)(3); see also 28 U.S.C. § 636(b)(1). However, a party waives the right to challenge on appeal any unobjected-to factual and legal conclusions. See 11th Cir. R. 3-1.[1] As such, the Court reviews those portions of the Magistrate Judge's findings to which no objection was filed for plain error and only if necessary, in the interests of justice. See id.; see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge's] factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."); Dupree v. Warden, 715 F.3d 1295, 1304-05 (11th Cir. 2013) (recommending the adoption of what would become 11th Circuit Rule 3-1 so that district courts do not have "to spend significant amounts of time and resources reviewing every issue—whether objected to or not.").

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

---

[1] The Magistrate Judge properly informed the parties of the time period for objecting and the consequences of failing to do so. See Report at 11-12.

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 17) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Entry of Final Default Judgment and Incorporated Memorandum of Law (Dkt. No. 12) is **GRANTED, in part, and DENIED, in part,** to the extent stated in the Report and Recommendation.

3. The Clerk of the Court is **DIRECTED** to enter judgment in favor of Plaintiff, PNC Bank, N.A., and against Defendant, James Vaccarino, for breach of contract, in the amount of $561,002.12.

4. The Clerk of Court is **DIRECTED** to terminate all pending motions and deadlines and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 29th day of June, 2026.

MARCIA MORALES HOWARD
United States District Judge

i66
Copies to:

Counsel of Record